| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Edwards, Harry T | 2. Court or Organization<br><br>USCA for D.C. Circuit | 3. Date of Report<br><br>5/06/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>5500 U.S. Courthouse<br>333 Constitution Ave., NW<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | American Law Institute |
| 2. Member | American Academy of Arts & Sciences |
| 3. Member | American Bar Association |
| 4. Board of Directors | UNIQUE Learning Center, Washington, D.C. |
| 5. Board of Directors | Institute of Judicial Administration, NYU Law School |
| 6. Fellow | American Bar Foundation |
| 7. Visiting Prof of Law | NYU Law School |
| 8. Member | Supreme Court Historical Society |
| 9. Advisory Board | Judicial Outreach Program , The American Society of International Law |
| 10. Co-Chair | Forensics Science Committee, Committee on Science, Technology & the Law, National Academy of Science |
| 11. Member | Dean's Advisory Committee, University of California at Irvine Law School |

FINANCIAL
DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

2008 MAY 12 A 11: 28

☐ NONE *(No reportable agreements.)*

RECEIVED

| DATE | PARTIES AND TERMS |
|---|---|

1. 2007        NYU Law School, Visiting Professor of Law.

2.

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T | 5/06/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | NYU Law School, Visiting Professor of Law | $ 198605 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU Law School, New York, NY | 1/9-11 | New York City | Teaching | Room, meals, transportation. |
| 2. | NYU Law School, New York, NY | 1/16-17 | New York City | Teaching | Room, meals, transportation. |
| 3. | NYU Law School, New York, NY | 1/23-24 | New York City | Teaching | Room, meals, transportation. |
| 4. | NYU Law School, New York, NY | 1/30-31 | New York City | Teaching | Room, meals, transportation. |
| 5. | NYU Law School, New York, NY | 2/6-7 | New York City | Teaching | Room, meals, transportation. |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T | 5/06/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | NYU Law School, New York, NY | 2/13-14 | New York City | Teaching | Room, meals, transportation. |
| 7. | NYU Law School, New York, NY | 2/20-23 | New York City | Teaching | Room, meals, transportation. |
| 8. | NYU Law School, New York, NY | 2/27-28 | New York City | Teaching | Room, meals, transportation. |
| 9. | NYU Law School, New York, NY | 4/3-4 | New York City | Teaching | Room, meals, transportation. |
| 10. | Harvard Law School, Charles Hamiliton Houston Institute | 4/4 - 8 | Cambridge, MA | Speaking at conference | Room, meals, transportation. |
| 11. | NYU Law School, New York, NY | 4/17-18 | New York, NY | Teaching | Room, meals, transportation. |
| 12. | American Bar Association | 4/27-28 | Chicago, IL | Speaking at conference | Room, meals, transportation. |
| 13. | NYU Law School, New York, NY | 8/28-30 | New York, NY | Teaching | Room, meals, transportation. |
| 14. | NYU Law School, New York, NY | 9/4-6 | New York, NY | Teaching | Room, meals, transportation. |
| 15. | NYU Law School, New York, NY | 9/11-13 | New York, NY | Teaching | Room, meals, transportation. |
| 16. | NYU Law School, New York, NY | 9/19 | New York, NY | Teaching | Room, meals, transportation. |
| 17. | National Academy of Sciences, Forensic Science Committee | 9/19-21 | Woods Hole, MA | Co-Chair, conference | Room, meals, transportation. |
| 18. | NYU Law School, New York, NY | 9/25-27 | New York, NY | Teaching | Room, meals, transportation. |
| 19. | NYU Law School, New York, NY | 10/2-7 | New York, NY | Teaching | Room, meals, transportation. |
| 20. | NYU Law School, New York, NY | 10/9-10 | New York, NY | Teaching | Room, meals, transportation. |
| 21. | NYU Law School, New York, NY | 10/30-11/1 | New York, NY | Teaching | Room, meals, transportation. |
| 22. | NYU Law School, New York, NY | 11/6-8 | New York, NY | Teaching | Room, meals, transportation. |
| 23. | NYU Law School, New York, NY | 11/26-29 | New York, NY | Teaching | Room, meals, transportation. |
| 24. | NYU Law School, New York, NY | 12/12-13 | New York, NY | Teaching | Room, meals, transportation. |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T | 5/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T | 5/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Windsor II fund | A | Dividend | | | CLOSED | 8/10 | J | B | |
| 2. Citibank Accounts | A | Interest | J | T | | | | | |
| 3. Banknorth Accounts | A | Interest | J | T | | | | | |
| 4. Justice Federal Credit Union | | None | J | T | | | | | |
| 5. TIAA-CREF | | None | J | T | | | | | |
| 6. Wells Fargo IRA | | None | M | T | | | | | |
| 7. Bank of America Accounts | A | Interest | J | T | | | | | |
| 8. Vanguard Insured Lg Term Fund | | None | | | Buy | 7/18 | J | | |
| 9. Vanguard Insured Lg Term Fund | | None | | | Buy | 8/1 | J | | |
| 10. Vanguard Insured Lg Term Fund | A | Dividend | | | CLOSED | 8/10 | J | | |
| 11. Vanguard Star Fund | B | Dividend | K | T | Buy monthly | ea mo | J | | |
| 12. Vanguard Prime Money Market | A | Dividend | K | T | Buy monthly | ea mo | J | | |
| 13. Vanguard Wellesley Fund | | None | | | Buy | 7/18 | J | | |
| 14. Vanguard Wellesley Fund | | None | | | CLOSED | 8/10 | J | | |
| 15. Vanguard High Yield Tax Ex Fund | | None | | | Buy | 7/18 | J | | |
| 16. Vanguard High Yield Tax Ex Fund | | None | | | CLOSED | 8/10 | J | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS                    SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544